UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Atef Bandary,<br><br>      Plaintiff/Appellant,<br><br>vs.<br><br>Delta Air Lines, Inc.,<br><br>      Defendant/Appellee. | Docket No. 24-5593<br><br>D.C. No. 5:17-cv-01065-DSF-AS<br>Central District of California,<br>Los Angeles |

**APPELLEE'S MOTION TO DISMISS APPEAL
FOR LACK OF JURISDICTION**

Defendant/Appellee Delta Air Lines, Inc. ("Delta") hereby files this motion pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1 seeking dismissal of this pro se appeal for lack of jurisdiction.

This Court's jurisdiction extends to appeals from all final decisions of the district courts of the United States. 28 U.S.C. § 1291. Here, Plaintiff/Appellant Atef Bandary purports to appeal an interlocutory order denying his second motion to "disqualify/recuse" the district judge who presides over his case against Delta. *See* Dkt. 1.

Because orders denying motions to disqualify are not final and appealable, this Court lacks jurisdiction. *See United States v. Washington*, 573 F.2d 1121, 1122 (9th Cir. 1978) ("denial of a motion to disqualify is not a final order nor one that should be treated as such"); *see also Thomassen v. United States*, 835 F.2d 727, 732 n.3 (9th Cir. 1987) ("order denying disqualification is not an appealable interlocutory order").

Because Appellant/Plaintiff seeks interlocutory review of a non-final order, the appeal should be dismissed for lack of jurisdiction.

DATED this 23rd day of September, 2024.

Respectfully submitted,

/s/ *Richard G. Grotch*

Richard A. Lazenby  Richard G. Grotch
Victor Rane  Jetstream Legal APC

Attorneys for Defendant/Appellee Delta Air Lines, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing Appellee's Motion to Dismiss Appeal for Lack of Jurisdiction with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I have also sent a copy of this pleading by First Class Mail to Plaintiff-Appellant at the address listed below:

> Atef Bandary
> 34480 Vaquero Road
> Cathedral City, CA 92234

DATED this 23rd day of September, 2024.

/s/ *Richard G. Grotch*

Richard G. Grotch
Attorney for Defendant-Appellee Delta Air Lines, Inc.